**Order entered February 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01068-CR
No. 05-18-01069-CR

**ROBERT HOWARD GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-76425-T & F16-76426-T**

## ORDER

On February 12, 2019, we ordered appellant to provide this Court with written proof he requested the reporter's record. On January 20, 2019, we received a letter from appellant in which he certified he hand delivered a request for the reporter's record to court reporters Debi Harris and Sharina Fowler on February 13, 2019. In light of this, we **ORDER** the complete reporter's record filed within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Lawrence Mays, Presiding Judge, 283rd Judicial District Court; Debi Harris, court reporter; Sharina Fowler, court reporter; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE